UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL MALDONADO,

               Petitioner,

-against-

NEW YORK STATE PAROLE COMMUNITY SUPERVISION,

               Respondent.

22-CV-4839 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated December 5, 2022, the Court directed Petitioner to file an amended petition within sixty days. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an amended petition. Accordingly, the petition, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   February 23, 2023
         New York, New York

                                     /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                Chief United States District Judge